### TOM PRUITT v. STATE.

No. A-1637.   Opinion Filed August 14, 1913.

Appeal from District Court, Jefferson County;
Frank M. Bailey, Judge.

Tom Pruitt was convicted of larceny and appeals.   Affirmed.

P. T. Hamilton, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, Tom Pruitt, was convicted at the December, 1911, term of the district court of Jefferson county on a charge of grand larceny, and his punishment fixed at imprisonment for a year and a day in the state prison at Granite.   The appeal was filed in this case on the 6th day of March, 1912, more than a year prior to the date the cause was set for hearing in this court.   No brief was filed on behalf of the plaintiff in error and no appearance made for oral argument.   No fundamental error appearing from the record, the judgment of the trial court is affirmed.   Mandate stayed for thirty days.

### GEORGE H. DeWITT v. STATE.

No. A-1808.   Opinion Filed August 14, 1913.

Appeal from District Court, Alfalfa County;
James W. Steen, Judge.

George H. DeWitt was convicted of felonious assault, and appeals. Appeal dismissed.

Talbot & Owen, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, George H. DeWitt, was tried at the January, 1912, term of the district court of Alfalfa county on a charge of assault with intent to kill, and was convicted of the included offense of assault with a sharp and dangerous weapon with intent to do bodily harm without justifiable or excusable cause, and his punishment fixed at imprisonment in the state penitentiary for a period of four years.   The appeal was filed in this court on the 12th day of August, 1912.   On the 29th day of July, 1913, counsel for the plaintiff in error filed a motion in this court asking that the appeal be dismissed for the reason that the plaintiff in error desired to abandon the appeal and seek executive clemency.   The motion is sustained and the appeal is dismissed at the request of the plaintiff in error.